Decided April 22, 1895.

## McELROY v. BUCKLER, et al.

APPEAL from Multnomah: LOYAL B. STEARNS, Judge.

Suit by H. F. McElroy against Wm. Buckler and others to foreclose a mechanics' lien. A decree was entered foreclosing a number of liens against the property involved, and declaring certain priorities among them, from which plaintiff appealed. No transcript having been filed, the respondents now moved the court to affirm the decree and to allow damages.

*Messrs. Paxton* and *Paddock,* for appellant.

*Messrs. Fred L. Keenan, Geo. G. Gammans, A. T. Lewis, Harry W. Hogue, L. A. McNary, E. D. Timms, J. M. Bower, Durham and Platt,* and *Guy G. Willis,* for respondents.

PER CURIAM: The decree appealed from will be affirmed without damages.